ORDERED.

**Dated: July 15, 2021**

Caryl E. Delano
Chief United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

REINER LOPEZ HINOJOSA

CASE NO. 21-bk-00598-FMD
CHAPTER 7

Debtor.
________________________________/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CASE** came on for consideration without a hearing on the Motion for Relief from the Automatic Stay ("Motion") filed by BMW Bank of North America ("Movant") (Doc. No. 8), pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, the Court deems the Motion to be uncontested. Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 8) is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property: 2020 BMW 8 Series 840i Gran Coupe; VIN: WBAGV2C03LCE26369 ("collateral").

3. Movant has *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

Attorney Gavin Stewart is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.