**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | | | |
|---|---|---|---|
| In re: | Reinier Lopez Hinojosa | § | Case No. 2:21-bk-00598-FMD |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/06/2021. The undersigned trustee was appointed on 05/07/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 3,790.36

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 142.50 |
| Bank service fees | 80.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 3,567.45 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 10/18/2021 and the deadline for filing governmental claims was 11/02/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $947.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $947.59, for a total compensation of $947.59.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $115.84, for total expenses of $115.84.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/10/2023 By: /s/ LUIS E. RIVERA II
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A



**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa

**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Filed (f) or Converted (c):** 05/06/21 (f)
**§341(a) Meeting Date:** 06/08/21
**Claims Bar Date:** 10/18/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 1145 SW 13th Street cape coral fl 33991 lee county | 272,688.00 | 0.00 | | 0.00 | FA |
| 2 | dodge dc 2012 | 4,325.00 | 0.00 | | 0.00 | FA |
| 3 | bmw 840i 2020 | 95,000.00 | 0.00 | | 0.00 | FA |
| 4 | Living Room: couch, 4 chairs, table, lamp, tv.<br>DIning Room: table, 4 chairs, lamp.<br>Bedrooms: 3 beds, 3 dressers, 4 nightstands, 2 mirrors, vanity, tv,<br>cell phone.<br>Kitchen: 2 tables, microwave, refrigerator, dishwasher, dstove, dishes, cookware, silverware.<br>Other Rooms: computer, desk, chair, tools, generator, grill. | 1,850.00 | 1,850.00 | | 2,090.00 | FA |
| 5 | books and pictures | 10.00 | 0.00 | | 0.00 | FA |
| 6 | AR-15 and 2 pistils<br>(see footnote) | 1,000.00 | 1,550.00 | | 1,550.00 | FA |
| 7 | clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8 | watch | 1,000.00 | 110.00 | | 110.00 | FA |
| 9 | Checking: Suncoast Credit Union Consolidated Accounts xx5655 | 15.00 | 15.00 | | 15.00 | FA |
| 10 | 100% Interest in Reitec, LLC Assets: BB&T Business Checking xx1630 (5.00) | Unknown | Unknown | | 0.00 | FA |
| 11 | 100% interest in Cape Sat, Inc. Assets: Sucoast Credit Union Business Checking xx4833 ($10.00) | Unknown | Unknown | | 0.00 | FA |
| 12 | 4/12ths of 2021 tax refund minus EarnedIncome Credit | Unknown | 0.00 | | 0.00 | FA |
| 13 | Incorrectly Charged Fees Refunded by Discover Bank (u) | 0.00 | 25.36 | | 25.36 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$375,988.00** | **$3,550.36** | | **$3,790.36** | **$0.00** |

Regarding Property #6 Ruger AR 15 700.00
Ruger P95 9mm 350.00
Springfield Hellcat 500.00

**Major activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Filed Trustee's Report of Sale of Non-Exempt Assets for $3,765.00 <5/10/2023, 11:07:37 AM - JP-436>

Case remains in line for closing. <4/28/2023, 9:52:09 AM - LR-435>

Rev'd claims and case for closing. <12/26/2022, 11:59:30 AM - LR-435>

Default letter to debtor and debtor's counsel. <11/19/2022, 9:41:53 PM - LR-435>

Recd Order Approving Application for Authority to Pay Appraiser; Prepare and file Proof of Service <8/10/2022, 2:43:26 PM - AM-443>

Filed Application to Pay Appraiser; Submitted proposed Order. <8/9/2022, 4:55:27 PM - JP-436>

Stipulation payments current. <4/27/2022, 1:35:56 PM - LR-435>

Recd Order Granting Motion for Approval of Stipulation for Repurchase of Non-Exempt Assets; Prepare and file Proof of Service <1/11/2022, 9:55:35 AM - AM-443>

Submitted proposed order granting Motion for Approval of Stipulation for Repurchase of Non-Exempt Assets. <1/3/2022, 12:34:24 PM - LR-435>

Filed Motion to Approve Stipulation for Repurchase. <11/4/2021, 4:04:51 PM - JP-436>

Sent follow up email to Debtor's Counsel re status of signed stipulation. <10/27/2021, 12:48:26 PM - JP-436>

Follow up email to Debtor's Counsel re status of a signed stipulation. <10/14/2021, 11:01:37 AM - JP-436>

Drafting and preparation of Stipulation for Repurchase; Correspondence to Debtor's Counsel. <10/6/2021, 4:01:10 PM - JP-436>

Rev'd 2020 tax return. No refund due. Filed Withdrawal of Trustee's Motion for Turnover of Property. <9/29/2021, 8:52:51 PM - LR-435>

Recd Order Approving Application to Employ Counsel; Prepare and file Proof of Service <9/22/2021, 1:14:46 PM - AM-443>

Filed Application to Employ GR and Motion for Turnover. Submitted proposed order on Application. <9/17/2021, 4:33:48 PM - LR-435>

Follow up email to Debtor's counsel requesting copy of 2020 tax return. <8/16/2021, 12:25:22 PM - LR-435>

Filed Notice of Assets. <7/14/2021, 12:25:57 PM - JP-436>

Recd Order Approving Application to Employ Appraiser; Prepare and file Proof of Service <7/7/2021, 10:40:30 AM - AM-443>

Filed Application to Employ R&K; Submitted proposed Order. <7/2/2021, 12:12:59 PM - JP-436>

Application to Employ and Schedule B to J. Augustine. <6/24/2021, 10:40:51 AM - JP-436>

Prepare and mail tax intercept letter <6/9/2021, 3:14:27 PM - AM-443>

**Initial Projected Date of Final Report (TFR):** June 30, 2023

**Current Projected Date of Final Report (TFR):** June 30, 2023

Exhibit B

# Form 2
# Cash Receipts and Disbursements Record

Page: 1

**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa

**Taxpayer ID#:** **-***6712
**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******3663 - Checking
**Blanket Bond:** $28,939,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/28/21 | Asset #13 | Discover Bank | Refund of incorrectly charged fees turned over by Discover Bank | 1229-000 | 25.36 | | 25.36 |
| 11/19/21 | | Elisa Montes Gonzalez | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | 313.75 | | 339.11 |
| 11/19/21 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 174.16 | 1129-000 | | | 339.11 |
| 11/19/21 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 129.17 | 1129-000 | | | 339.11 |
| 11/19/21 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 9.17 | 1129-000 | | | 339.11 |
| 11/19/21 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 1.25 | 1129-000 | | | 339.11 |
| 12/15/21 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | 313.75 | | 652.86 |
| 12/15/21 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 174.17 | 1129-000 | | | 652.86 |
| 12/15/21 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 129.17 | 1129-000 | | | 652.86 |
| 12/15/21 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 9.16 | 1129-000 | | | 652.86 |
| 12/15/21 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 1.25 | 1129-000 | | | 652.86 |

# Form 2
# Cash Receipts and Disbursements Record



**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa
**Taxpayer ID#:** **-***6712
**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******3663 - Checking
**Blanket Bond:** $28,939,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | 313.75 | | 966.61 |
| 01/20/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 174.17 | 1129-000 | | | 966.61 |
| 01/20/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 129.16 | 1129-000 | | | 966.61 |
| 01/20/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 9.17 | 1129-000 | | | 966.61 |
| 01/20/22 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 1.25 | 1129-000 | | | 966.61 |
| 02/15/22 | | Elisa Montes Gonzalez | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | 313.75 | | 1,280.36 |
| 02/15/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 174.16 | 1129-000 | | | 1,280.36 |
| 02/15/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 129.17 | 1129-000 | | | 1,280.36 |
| 02/15/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 9.17 | 1129-000 | | | 1,280.36 |
| 02/15/22 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 1.25 | 1129-000 | | | 1,280.36 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,275.36 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B



**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa
**Taxpayer ID#:** **-***6712
**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******3663 - Checking
**Blanket Bond:** $28,939,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/07/22 | | Elisa Montes Gonzalez | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | | 313.75 | | 1,589.11 |
| 03/07/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 174.18 | 1129-000 | | | 1,589.11 |
| 03/07/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 129.16 | 1129-000 | | | 1,589.11 |
| 03/07/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 9.16 | 1129-000 | | | 1,589.11 |
| 03/07/22 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 1.25 | 1129-000 | | | 1,589.11 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 1,584.11 |
| 04/07/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | | 313.75 | | 1,897.86 |
| 04/07/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 174.16 | 1129-000 | | | 1,897.86 |
| 04/07/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 129.17 | 1129-000 | | | 1,897.86 |
| 04/07/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 9.17 | 1129-000 | | | 1,897.86 |
| 04/07/22 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 1.25 | 1129-000 | | | 1,897.86 |

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record



**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa
**Taxpayer ID#:** **-***6712
**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******3663 - Checking
**Blanket Bond:** $28,939,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 1,892.86 |
| 05/05/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | | 313.75 | | 2,206.61 |
| 05/05/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 174.16 | 1129-000 | | | 2,206.61 |
| 05/05/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 129.17 | 1129-000 | | | 2,206.61 |
| 05/05/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 9.17 | 1129-000 | | | 2,206.61 |
| 05/05/22 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 1.25 | 1129-000 | | | 2,206.61 |
| 05/10/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24). Funds erroneously deposited to Case No. 21-01483. | | | -313.75 | | 1,892.86 |
| 05/10/22 | Asset #4 | Reinier Lopez Hinojosa | Reverses Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | -174.16 | 1129-000 | | | 1,892.86 |
| 05/10/22 | Asset #6 | Reinier Lopez Hinojosa | Reverses Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | -129.17 | 1129-000 | | | 1,892.86 |
| 05/10/22 | Asset #8 | Reinier Lopez Hinojosa | Reverses Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | -9.17 | 1129-000 | | | 1,892.86 |
| 05/10/22 | Asset #9 | Reinier Lopez Hinojosa | Reverses Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | -1.25 | 1129-000 | | | 1,892.86 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B



| | | | |
|---|---|---|---|
| **Case Number:** | 21-00598 CED | **Trustee:** | LUIS E. RIVERA II |
| **Case Name:** | Reinier Lopez Hinojosa | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******3663 - Checking |
| **Taxpayer ID#:** | **-***6712 | **Blanket Bond:** | $28,939,000.00 (per case limit) |
| **Period Ending:** | 05/10/23 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/22 | | Luis E. Rivera II, as Trustee | Transfer of Funds from 21-01483 to 21-00598; Repurchase of Non-Exempt Assets per Order (Doc. 24) | | 313.75 | | 2,206.61 |
| 05/31/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 174.16 | 1129-000 | | | 2,206.61 |
| 05/31/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 129.17 | 1129-000 | | | 2,206.61 |
| 05/31/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 9.17 | 1129-000 | | | 2,206.61 |
| 05/31/22 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 1.25 | 1129-000 | | | 2,206.61 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,201.61 |
| 06/17/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | 313.75 | | 2,515.36 |
| 06/17/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 174.18 | 1129-000 | | | 2,515.36 |
| 06/17/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 129.16 | 1129-000 | | | 2,515.36 |
| 06/17/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa 9.16 | 1129-000 | | | 2,515.36 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit B



**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa
**Taxpayer ID#:** **-***6712
**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******3663 - Checking
**Blanket Bond:** $28,939,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/17/22 | Asset #9 | Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 1.25 | 1129-000 | | | 2,515.36 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 2,510.36 |
| 07/14/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | | 313.75 | | 2,824.11 |
| 07/14/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 174.16 | 1129-000 | | | 2,824.11 |
| 07/14/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 129.17 | 1129-000 | | | 2,824.11 |
| 07/14/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 9.17 | 1129-000 | | | 2,824.11 |
| 07/14/22 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 1.25 | 1129-000 | | | 2,824.11 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 2,819.11 |
| 08/15/22 | 1001 | Read and Kelley Estate Services, LLC | Invoice No. 11431; Per Order (Doc. No. 30) | | 3711-000 | | 142.50 | 2,676.61 |
| 08/25/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | | 313.75 | | 2,990.36 |
| 08/25/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 174.16 | 1129-000 | | | 2,990.36 |

# Form 2
## Cash Receipts and Disbursements Record



**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa

**Taxpayer ID#:** **-***6712
**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******3663 - Checking
**Blanket Bond:** $28,939,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/25/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 129.17 | 1129-000 | | | 2,990.36 |
| 08/25/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 9.17 | 1129-000 | | | 2,990.36 |
| 08/25/22 | Asset #9 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 1.25 | 1129-000 | | | 2,990.36 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 2,985.36 |
| 09/26/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | | 313.75 | | 3,299.11 |
| 09/26/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 174.18 | 1129-000 | | | 3,299.11 |
| 09/26/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 129.16 | 1129-000 | | | 3,299.11 |
| 09/26/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 9.16 | 1129-000 | | | 3,299.11 |
| 09/26/22 | Asset #9 | Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 1.25 | 1129-000 | | | 3,299.11 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 3,294.11 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.35 | 3,288.76 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit B



**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa
**Taxpayer ID#:** **-***6712
**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******3663 - Checking
**Blanket Bond:** $28,939,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.34 | 3,283.42 |
| 12/01/22 | | Elisa Montes Gonzalez for Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) | | | 313.75 | | 3,597.17 |
| 12/01/22 | Asset #4 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 174.16 | 1129-000 | | | 3,597.17 |
| 12/01/22 | Asset #6 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 129.17 | 1129-000 | | | 3,597.17 |
| 12/01/22 | Asset #8 | Reinier Lopez Hinojosa | Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 9.17 | 1129-000 | | | 3,597.17 |
| 12/01/22 | Asset #9 | Reinier Lopez Hinojosa | Repurchase of Non-Exempt Assets per Order (Doc. 24) Payment to A/R Account #Repurchase Reinier Lopez Hinojosa | 1.25 | 1129-000 | | | 3,597.17 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.81 | 3,591.36 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.84 | 3,585.52 |
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 6.04 | 3,579.48 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 6.01 | 3,573.47 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit B



**Case Number:** 21-00598 CED
**Case Name:** Reinier Lopez Hinojosa
**Taxpayer ID#:** **-***6712
**Period Ending:** 05/10/23

**Trustee:** LUIS E. RIVERA II
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******3663 - Checking
**Blanket Bond:** $28,939,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.02 | 3,567.45 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **3,790.36** | **222.91** | **$3,567.45** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **3,790.36** | **222.91** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,790.36** | **$222.91** | |

| | |
|---|---|
| Net Receipts: | $3,790.36 |
| Net Estate: | $3,790.36 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******3663** | **3,790.36** | **222.91** | **3,567.45** |
| | **$3,790.36** | **$222.91** | **$3,567.45** |

# Exhibit C
# Claims Register
## Case: 21-00598-CED Reinier Lopez Hinojosa

Total Proposed Payment: $3,567.45 Claims Bar Date: 10/18/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | LUIS E. RIVERA II<br>P.O. Box 1026<br>Fort Myers, FL 33902-1026<br>2100-00 Trustee Compensation, 200 | Admin Ch. 7<br>06/28/21 | | $947.59<br>$947.59 | $0.00<br>$947.59 | $947.59 |
| | LUIS E. RIVERA II<br>P.O. Box 1026<br>Fort Myers, FL 33902-1026<br>2200-00 Trustee Expenses, 200 | Admin Ch. 7<br>11/04/21 | | $115.84<br>$115.84 | $0.00<br>$115.84 | $115.84 |
| | Luis E. Rivera II, Attorney for Trustee<br>GrayRobinson, P.A.<br>P.O. Box 1026<br>Fort Myers, FL 33902-1026<br>3110-00 Attorney for Trustee Fees (Trustee Firm), 200 | Admin Ch. 7<br>05/10/23 | | $918.00<br>$918.00 | $0.00<br>$918.00 | $918.00 |
| 1-1 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>07/16/21 | | $22,707.71<br>$22,707.71 | $0.00<br>$122.49 | $22,707.71 |
| 2-1 | Goldman Sachs Bank, USA<br>by AIS InfoSource, LP as Agent<br>PO Box 4457<br>Houston, TX 77210-4457<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>07/21/21 | | $18,171.77<br>$18,171.77 | $0.00<br>$98.02 | $18,171.77 |
| 3-1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>07/21/21 | | $2,381.17<br>$2,381.17 | $0.00<br>$12.84 | $2,381.17 |
| 4-1 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>07/22/21 | | $4,341.32<br>$4,341.32 | $0.00<br>$23.42 | $4,341.32 |
| 5-1 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>07/29/21 | | $28,591.26<br>$28,591.26 | $0.00<br>$154.23 | $28,591.26 |
| 6-1 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>07/29/21 | | $8,323.77<br>$8,323.77 | $0.00<br>$44.90 | $8,323.77 |
| 7-1 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>07/29/21 | | $3,668.29<br>$3,668.29 | $0.00<br>$19.79 | $3,668.29 |

# Exhibit C
# Claims Register
### Case: 21-00598-CED Reinier Lopez Hinojosa

Total Proposed Payment: $3,567.45 Claims Bar Date: 10/18/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 8-1 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>07/29/21 | | $1,409.74<br>$1,409.74 | $0.00<br>$7.60 | $1,409.74 |
| 9-1 | JPMorgan Chase Bank, N.A.<br>P.O. Box 15368<br>Wilmington, DE 19850<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>08/05/21 | | $8,607.34<br>$8,607.34 | $0.00<br>$46.43 | $8,607.34 |
| 10-1 | JPMorgan Chase Bank, N.A.<br>P.O. Box 15368<br>Wilmington, DE 19850<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>08/06/21 | | $6,134.83<br>$6,134.83 | $0.00<br>$33.09 | $6,134.83 |
| 11-2 | BMW Financial Services Attn: Customer Accounting<br>5550 Britton Parkway<br>Hilliard, OH 43026<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>08/10/21 | | $83,422.95<br>$83,422.95 | $0.00<br>$450.02 | $83,422.95 |
| 12-2 | Internal Revenue Service<br>P. O. Box 7436<br>Philadelphia, PA 19101<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>08/11/21 | | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 13-1 | UHG<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>08/25/21 | | $4,466.12<br>$4,466.12 | $0.00<br>$24.09 | $4,466.12 |
| 14-1 | UHG<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>08/25/21 | | $6,175.94<br>$6,175.94 | $0.00<br>$33.31 | $6,175.94 |
| 15-1 | UHG<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>08/25/21 | | $6,958.73<br>$6,958.73 | $0.00<br>$37.54 | $6,958.73 |
| 16-1 | Suncoast Cu<br>Attn: Bankruptcy<br>Po Box 11904<br>Tampa, FL 33680<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>09/09/21 | | $17,390.35<br>$17,390.35 | $0.00<br>$93.81 | $17,390.35 |
| 17-1 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>09/17/21 | | $7,626.93<br>$7,626.93 | $0.00<br>$41.14 | $7,626.93 |

# Exhibit C
# Claims Register
### Case: 21-00598-CED Reinier Lopez Hinojosa

Total Proposed Payment: $3,567.45 Claims Bar Date: 10/18/21

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 18-1 | LendingClub<br>PO BOX 1931<br>Burlingame, CA 94011<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>09/29/21 | | $21,553.56<br>$21,553.56 | $0.00<br>$116.26 | $21,553.56 |
| 19-1 | Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>10/06/21 | | $636.39<br>$636.39 | $0.00<br>$3.43 | $636.39 |
| 20-1 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>10/08/21 | | $12,360.98<br>$12,360.98 | $0.00<br>$66.68 | $12,360.98 |
| 21-1 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>10/18/21 | | $17,350.19<br>$17,350.19 | $0.00<br>$93.59 | $17,350.19 |
| 22-1 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured<br>10/18/21 | | $11,742.03<br>$11,742.03 | $0.00<br>$63.34 | $11,742.03 |
| | | | **Case Total:** | **$296,002.80** | **$0.00** | **$296,002.80** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-00598-CED

Case Name: Reinier Lopez Hinojosa

Trustee Name: LUIS E. RIVERA II

**Balance on hand:** $ 3,567.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| **NONE** | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,567.45

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LUIS E. RIVERA II | 947.59 | 0.00 | 947.59 |
| Trustee, Expenses - LUIS E. RIVERA II | 115.84 | 0.00 | 115.84 |
| Attorney for Trustee, Fees - Luis E. Rivera II, Attorney for Trustee | 918.00 | 0.00 | 918.00 |

Total to be paid for chapter 7 administration expenses: $ 1,981.43
Remaining balance: $ 1,586.02

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 1,586.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 1,586.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $294,021.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.539 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | Cavalry SPV I, LLC | 22,707.71 | 0.00 | 122.49 |
| 2-1 | Goldman Sachs Bank, USA | 18,171.77 | 0.00 | 98.02 |
| 3-1 | Discover Bank | 2,381.17 | 0.00 | 12.84 |
| 4-1 | Bank of America, N.A. | 4,341.32 | 0.00 | 23.42 |
| 5-1 | American Express National Bank | 28,591.26 | 0.00 | 154.23 |
| 6-1 | American Express National Bank | 8,323.77 | 0.00 | 44.90 |
| 7-1 | American Express National Bank | 3,668.29 | 0.00 | 19.79 |
| 8-1 | American Express National Bank | 1,409.74 | 0.00 | 7.60 |
| 9-1 | JPMorgan Chase Bank, N.A. | 8,607.34 | 0.00 | 46.43 |
| 10-1 | JPMorgan Chase Bank, N.A. | 6,134.83 | 0.00 | 33.09 |
| 11-2 | BMW Financial Services Attn: Customer Accounting | 83,422.95 | 0.00 | 450.02 |
| 12-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 13-1 | UHG | 4,466.12 | 0.00 | 24.09 |
| 14-1 | UHG | 6,175.94 | 0.00 | 33.31 |
| 15-1 | UHG | 6,958.73 | 0.00 | 37.54 |
| 16-1 | Suncoast Cu | 17,390.35 | 0.00 | 93.81 |
| 17-1 | Midland Credit Management, Inc. | 7,626.93 | 0.00 | 41.14 |
| 18-1 | LendingClub | 21,553.56 | 0.00 | 116.26 |
| 19-1 | Atlas Acquisitions LLC | 636.39 | 0.00 | 3.43 |
| 20-1 | Quantum3 Group LLC as agent for | 12,360.98 | 0.00 | 66.68 |
| 21-1 | Jefferson Capital Systems LLC | 17,350.19 | 0.00 | 93.59 |
| 22-1 | Jefferson Capital Systems LLC | 11,742.03 | 0.00 | 63.34 |

Total to be paid for timely general unsecured claims: $ 1,586.02
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |